## RICHARDSON v. N.C.

[367 N.C. 779 (2014)]

REVEREND ROBERT RICHARDSON,              )
III, REVEREND MICHAEL and                )
DELORES GALLOWAY, STEVEN W.              )
SIZEMORE, THE NORTH CAROLINA             )
SCHOOL BOARDS ASSOCIATION,               )
ALAMANCE-BURLINGTON BOARD OF             )
EDUCATION, ASHEBORO CITY BOARD OF )
EDUCATION, CATAWBA COUNTY BOARD )
OF EDUCATION, CHAPEL HILL-CARRBORO)
CITY BOARD OF EDUCATION, CHATHAM )
COUNTY BOARD OF EDUCATION,                )
CLEVELAND COUNTY BOARD OF                )
EDUCATION, COLUMBUS                       )
COUNTY BOARD OF EDUCATION, CRAVEN )
COUNTY BOARD OF EDUCATION,                )
CURRITUCK COUNTY BOARD OF                )
EDUCATION, DAVIDSON COUNTY BOARD )
OF EDUCATION, DURHAM PUBLIC              )
SCHOOLS BOARD OF EDUCATION,               )
EDENTON-CHOWAN BOARD OF                  )
EDUCATION, GATES COUNTY BOARD OF )
EDUCATION, GRAHAM COUNTY BOARD )
OF EDUCATION, HALIFAX COUNTY BOARD )
OF EDUCATION, HARNETT                     )
COUNTY BOARD OF EDUCATION, HYDE )
COUNTY BOARD OF EDUCATION, LEE )
COUNTY BOARD OF EDUCATION, LENOIR )
COUNTY BOARD OF EDUCATION,                )
LEXINGTON CITY BOARD OF EDUCATION, )
MACON COUNTY BOARD OF EDUCATION, )
MARTIN COUNTY BOARD OF EDUCATION, )
MOUNT AIRY CITY BOARD OF EDUCATION, )
NEWTON-CONOVER CITY BOARD OF             )
EDUCATION, ONSLOW COUNTY BOARD )
OF EDUCATION, ORANGE COUNTY              )
BOARD OF EDUCATION, PAMLICO               )
COUNTY BOARD OF EDUCATION,                )
PERSON COUNTY BOARD OF EDUCATION, )
PITT COUNTY BOARD OF EDUCATION,     )
POLK COUNTY BOARD OF EDUCATION,     )
ROCKINGHAM COUNTY BOARD OF               )
EDUCATION, RUTHERFORD COUNTY             )
BOARD OF EDUCATION, SCOTLAND             )
COUNTY BOARD OF EDUCATION,                )
STANLEY COUNTY BOARD OF                   )
EDUCATION, SURRY COUNTY BOARD )
OF ÉDUCATION, VANCE COUNTY BOARD )
OF EDUCATION, WARREN COUNTY              )
BOARD OF EDUCATION, WASHINGTON )
COUNTY BOARD OF EDUCATION,                )
WHITEVILLE CITY BOARD OF EDUCATION, )

**RICHARDSON v. N.C.**

[367 N.C. 779 (2014)]

YANCEY COUNTY BOARD OF EDUCATION, )
and ALEXANDER COUNTY BOARD OF )
EDUCATION, ASHEVILLE CITY BOARD OF )
EDUCATION, AVERY COUNTY BOARD OF )
EDUCATION, BERTIE COUNTY BOARD OF )
EDUCATION, BLADEN COUNTY BOARD )
OF EDUCATION, CAMDEN COUNTY BOARD )
OF EDUCATION, CASWELL COUNTY BOARD )
OF EDUCATION, CHEROKEE COUNTY )
BOARD OF EDUCATION, CLINTON CITY )
BOARD OF EDUCATION, CUMBERLAND )
COUNTY BOARD OF EDUCATION, )
EDGECOMBE COUNTY BOARD OF )
EDUCATION, ELIZABETH )
CITY-PASQUOTANK BOARD OF EDUCATION, )
GUILFORD COUNTY BOARD OF )
EDUCATION, HERTFORD COUNTY BOARD )
OF EDUCATION, HICKORY CITY BOARD )
OF EDUCATION, HOKE COUNTY BOARD )
OF EDUCATION, JACKSON COUNTY )
BOARD OF EDUCATION, KANNAPOLIS )
CITY BOARD OF EDUCATION, )
MONTGOMERY COUNTY BOARD OF )
EDUCATION, MOORE COUNTY BOARD )
OF EDUCATION, MOORESVILLE )
BOARD OF EDUCATION, NORTHAMPTON )
COUNTY BOARD OF EDUCATION, )
SAMPSON COUNTY BOARD OF EDUCATION, )
THOMASVILLE CITY BOARD OF EDUCATION, )
and TRANSYLVANIA COUNTY BOARD )
OF EDUCATION, )
    Plaintiff-Appellees )
    )
    )
    )
    v.    )    From Wake County
    )
    )
THE STATE OF NORTH CAROLINA, )
THE NORTH CAROLINA STATE BOARD )
OF EDUCATION, and THE NORTH )
CAROLINA STATE EDUCATION )
ASSISTANCE AUTHORITY, )
    Defendants, )
CYNTHIA PERRY, GENNELL CURRY, )
THOM TILLIS and PHIL BERGER, )
    Intervenor-Defendant-Appellants )

**RICHARDSON v. N.C.**

[367 N.C. 779 (2014)]

No. 384A14

## ORDER

Pending before the Court is Defendant-Intervenors' Petition for Writ of Supersedeas and Motion to Expedite. On 22 September 2014, the North Carolina Court of Appeals issued a writ of supersedeas staying in part the order entered 28 August 2014 by Judge Robert Hobgood. Pursuant to that writ of supersedeas, the disbursement of funds to the 1,878 applicants who accepted Opportunity Scholarships through the Opportunity Scholarship Program as of 21 August 2014 was permitted, pending the outcome of Defendant-Intervenors' appeal of Judge Hobgood's order declaring the Program unconstitutional. That portion of the 22 September 2014 writ of supersedeas issued by the Court of Appeals remains undisturbed. The instant petition for writ of supersedeas is allowed to the extent that the State Education Assistance Authority may proceed with all preliminary administrative steps necessary to prepare for the 2015-16 academic year. However, funds scheduled to be disbursed to scholarship recipients, tentatively scheduled to begin on 15 August 2015, may not be released or distributed without further order of this Court.

The motion to expedite is allowed.

By order of the Court in Conference, this 12th day of December, 2014.

s/Beasley, J.
For the Court